# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 19 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. 1:17-CR-00191-DAD-BAM-1 |
| Omar Manuel Ramirez | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Omar Manuel Ramirez___, have discussed with ___Ryan Beckwith___, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program be replaced with the CURFEW component which will require the defendant to be restricted to her residence every day from 9:00 PM to 6:00 AM or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/15/17       _____  12/15/17
Signature of Defendant    Date           Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                     12/15/17
Signature of Assistant United States Attorney               Date
Ross Pearson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                     12-15-17
Signature of Defense Counsel                                Date
Michael Aed

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  12/19/17
[ ] The above modification of conditions of release is *not* ordered.

_____                                     12/19/17
Signature of Judicial Officer                               Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services