

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. 1:17-CR-00191-DAD-BAM |
| Omar Manuel Ramirez | ) | |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Omar Manuel Ramirez__, have discussed with __Ryan Beckwith__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the CURFEW component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/7/18         _____  3/13/18
Signature of Defendant   Date            Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  3/13/18
Signature of Assistant United States Attorney    Date
Ross Pearson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  3.7.18
Signature of Defense Counsel             Date
Michael Aed

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __3-13-18__.
[ ] The above modification of conditions of release is *not* ordered.

_____                  3-13-18
Signature of Judicial Officer            Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services