McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR MANUEL RAMIREZ,<br><br>Defendant. | Case No. 1:17-CR-00191-DAD-BAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE CHANGE OF PLEA<br><br>DATE: July 16, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on July 16, 2018.

2. By this stipulation, the parties now move to continue the change of plea hearing until August 13, 2018, and to exclude time between July 16, 2018, and August 13, 2018.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thousands of pages of surveillance reports, financial records, and recordings.

   b) All of this discovery has been either produced directly to counsel and/or

1

1 made available for inspection and copying.

  c) Counsel for defendant desires additional time to consult with his client about the charges, review the discovery, and discuss a possible resolution with his client and the government.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 16, 2018 to August 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 12, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: July 12, 2018                    /s/ MICHAEL AED
                                        MICHAEL AED
                                        Counsel for Defendant
                                        OMAR MANUEL RAMIREZ

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the change of plea hearing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for July 16, 2018, is continued until August 13, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The time period between July 16, 2018 and August 13, 2018 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **July 12, 2018**                    _Dale A. Drozd_
                                             UNITED STATES DISTRICT JUDGE