# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
SEP 18 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:17CR00191-DAD-BAM
Omar Manuel Ramirez )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Omar Manuel Ramirez__, have discussed with __Elizabeth Gutierrez__, Pretrial Services Officer, modifications of my release conditions as follows:

1. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

2. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

3. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 9/12/18  _____ 9/12/2018
Signature of Defendant      Date      Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____            9/18/18
Signature of Assistant U.S. Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____            9·17·18
Signature of Defense Counsel      Date

*Omar Manuel Ramirez*

**ORDER OF THE COURT**

☒ The above modification of conditions of release is ordered, to be     9/18/18
☐ The above modification of conditions of release is *not* ordered.

_____     _____9/18/18_____
Judicial Officer Signature                               Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services