McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>OMAR MANUEL RAMIREZ,<br><br>          Defendant. | No. 1:17-CR-00191-DAD-BAM<br><br>APPLICATION AND ORDER FOR FORFEITURE MONEY JUDGMENT |

On or about August 10, 2018, defendant Omar Manuel Ramirez entered a guilty plea to Count Three of the Indictment which charges him with Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h).

As part of his plea agreement with the United States, defendant Omar Manuel Ramirez agreed to forfeit voluntarily and immediately $1,016,661.00, as a personal money judgment pursuant to Federal Rule of Criminal Procedure 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. § 1956(h), to which he has pleaded guilty. See Defendant Ramirez's Plea Agreement ¶ II.D. Plaintiff hereby applies for entry of a money judgment as follows:

1.     Pursuant to 18 U.S.C. § 982(a)(1), and Federal Rule of Criminal Procedure 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Omar Manuel Ramirez in the amount of $1,016,661.00.

1

2. The above-referenced personal forfeiture money judgment should be imposed based on defendant Ramirez's conviction for violating 18 U.S.C. § 1956(h) (Count Three). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. § 1956(h), which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated: October 10, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Omar Manuel Ramirez in the amount of $1,016,661.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: **October 10, 2018**

UNITED STATES DISTRICT JUDGE