Michael J. Aed, SBN 204090
LAW OFFICE OF MICHAEL J. AED
2115 Kern Street, Ste. 370
Fresno, California 93721
Phone: 559-825-4600
Fax:    559-272-8411

Attorney for Defendant, OMAR RAMIREZ

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-00191 DAD |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) NOVEMBER13, 2018 SENTENCING; |
|  | ) ORDER |
| Omar Ramirez, | ) DATE:   January 07, 2019 |
|  | ) TIME:    10;00 a.m. |
| Defendant. | ) Location: #5 |
|  | ) Honorable Judge Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties November 13, 2018 sentencing hearing may be continued to 10:00 a.m. on Monday, January 7th, 2019.

The parties (AUSA, USPO and Defense Counsel) base this stipulation on good cause. To continue working on issues related to the application of the sentencing guidelines. The parties plan to meet and confer to try to address the issues prior to submitting formal objections and the final pre-sentencing report.

For the above stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in

the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED: October 22, 2018

ROSS PEARSON
United States Attorney
By: /S/Ross Pearson
United States Attorney

DATED: October 22, 2018

By: /S/Michael J. Aed
Attorney for Defendant
Omar Ramirez

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, November 13, 2018 be continued to Monday, January 7, 2019.

IT IS SO ORDERED.

Dated: **November 5, 2018**

_____
UNITED STATES DISTRICT JUDGE