HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00191-DAD-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| OMAR MANUEL RAMIREZ, | |
| *Defendant.* | |

Defendant, Omar Manuel Ramirez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. Ramirez was sentenced to 24 month in custody and 24 months of supervised release. Mr. Ramirez was released on October 8, 2020 and has completed more than half of his 24 month term of supervised release. Mr. Ramirez submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Ramirez Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: November 10, 2021          */s/ Eric V Kersten*
                                                         ERIC V. KERSTEN
                                                         Assistant Federal Defender
                                                         Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __November 10, 2021__       /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE