HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OMAR RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR RAMIREZ,<br><br>Defendant. | Case No.  1:17-cr-00191-DAD-BAM-1<br><br>***UNOPPOSED* MOTION TO EXONERATE BOND AND RECONVEY ORIGINAL DEED OF TRUST; ORDER** |

Defendant Omar Ramirez hereby moves this Court to exonerate the property bond and to reconvey the original deed of trust to the property owned and posted in this matter on August 31, 2017, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* Dkt. #25, 27.

On August 3, 2017, Mr. Ramirez was charged in a criminal complaint in the Eastern District of California. *See* Dkt. #1. Mr. Ramirez was arrested in and made his initial appearance on August 4, 2017. *See* Dkt. #10. An Indictment would later issue on August 17, 2017. *See* Dkt. #21.

On August 9, 2017, a detention hearing was held in this matter. *See* Dkt. #18. At the detention hearing, Mr. Ramirez was ordered released from custody under the supervision of Pretrial Services on terms and conditions that included the posting of a "total equity property bond, secured by equity in property owned by the defendant." Dkt. #24 at 2. The property bond was posted on the docket as follows:

| | | |
|---|---|---|
| 08/25/2017 | 25 | COPY OF DEED OF TRUST No. 2017-021288 and Original Straight Note received; posted by Omar M. Ramirez Anguiano as to Omar Manuel Ramirez. (Lundstrom, T) (Entered: 08/28/2017) |
| 08/31/2017 | 27 | COLLATERAL RECEIVED as to Omar Manuel Ramirez: Original Deed of Trust No. 2017021288 posted by Omar M. Ramirez Anguiano. (Jessen, A) (Entered: 08/31/2017) |

Thereafter, Mr. Ramirez entered a plea of guilty to Count 3 of the Indictment on August 13, 2018. *See* Dkt. #39. On January 9, 2019, Mr. Ramirez was sentenced to serve 24 months in custody, and placed on a term of supervised release of 24 months. *See* Dkt. #49, 50.

Mr. Ramirez completed serving his prison term on October 8, 2020, at which time his term of supervised release began. *See* Dkt. #55 at 2.

On February 18, 2022, the Court granted an unopposed motion to terminate Mr. Ramirez's term of supervised release. *See* Dkt. #56.

Since no conditions of the property bond posted on August 31, 2017, remain to be satisfied, it is requested that the "total equity property bond, secured by equity in property owned by the defendant" be exonerated and reconveyed to Omar Ramirez pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

The government has no objection to this motion to exonerate the bond and reconvey the original deed of trust to the property owned and posted by Omar Ramirez in this matter on August 31, 2017. Accordingly, since no conditions remain to be satisfied and exoneration and reconveyance is in the interest of justice, it is requested that the Court exonerate the bond and reconvey the subject original deed of trust to Omar Ramirez.

Dated:  June 5, 2023                                          Respectfully submitted,

                                                                              HEATHER E. WILLIAMS
Federal Defender

 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
OMAR RAMIREZ

2

**O R D E R**

The Court finds that Omar Ramirez has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond and reconvey the Original Deed of Trust #2017021288 that was posted by Omar Ramirez on August 31, 2017, to Omar Ramirez.

IT IS SO ORDERED.

Dated:  **June 5, 2023**

UNITED STATES MAGISTRATE JUDGE